UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| SONJAY FONN, D.O., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:22-cv-00090 |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Comes now, Plaintiff Sonjay Fonn, D.O. ("Dr. Fonn") and voluntarily dismisses his First Amended Complaint ("FAC") against Defendant United States Office of Personnel Management ("OPM"). In support, Dr. Fonn states as follows:

1. The FAC filed September 26, 2022, seeks recision of OPM's debarment of Dr. Fonn.

2. By letter dated October 5, 2022, OPM rescinded its debarment of Dr. Fonn.

3. Based upon OPM's rescission of the debarment, Dr. Fonn provides notice herein that he voluntarily dismisses Case No. 1:22-cv-00090.

4. OPM has not yet filed an answer or motion for summary judgment, thus dismissal is allowed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

WHEREFORE, Plaintiff Dr. Fonn requests that this Court dismiss Case No. 1:22-cv-00090 in its entirety.

Respectfully submitted,

THOMPSON COBURN LLP

By /s/ *Claire M. Schenk*
    Claire M. Schenk, 30786 (MO)
    Rose M. Tanner, 72155 (MO)
    One US Bank Plaza
    St. Louis, MO  63101
    P: 314 552 6000
    F: 314 552 7000
    cschenk@thompsoncoburn.com
    rtanner@thompsoncoburn.com

*Attorneys for Petitioner Sonjay Fonn*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal has been mailed by certified mail postage prepaid, this 14th day of October, 2022, to:

United States Office of Personnel Management
1900 E Street, NW
Washington, DC 20415-1000

Attorney General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

Suzanne Moore
Assistant United States Attorney
111 S 10th St # 20.333
St. Louis, MO 63102

/s/ *Claire M. Schenk*

So ORDERED this 14th day of October, 2022

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE